FILED
Asheville, NC

MAY 1 2 2022

Clerk, US District Court
Western District of NC

**US DISTRCIT COURT
WESTERN DISTRICT OF NORTH CAROLINA**

EDWARD JEROME DOWNS JR,                )

        Plaintiff,    )
        )
v.    )    Case No. **5:22-cv-59-KDB-DCK**
        )
EXPERIAN, LLC; EQUIFAX, LLC; TRANSUNION, LLC),    )    **COMPLAINT**
        )
        Defendant.    )

1. This Court has jurisdiction over this action under state law and 15 U.S.C. § 1681p.

2. This Court has jurisdiction over Defendant because Defendant is a resident of Catawba County, North Carolina.

3. Plaintiff, a consumer, sent a written dispute on or about 2022, to Defendant, a consumer reporting agency, disputing the completeness and/or accuracy of a tradeline by First Premier - acount number 517800691236****, Credit One Bank - account number 444796262376****, GreenDot Bank - acccount number 400421000070****
which was in a consumer reports concerning Plaintiff prepared, maintained, and published to others by Defendant, and Defendant negligently and/or willfully failed to follow reasonable procedures to assure maximum accuracy of the date in consumer reports concerning Plaintiff, and investigate, delete, or modify the disputed information, and provide a response to Plaintiff within 30 days of receipt of Plaintiff's dispute.

4. Due to Defendant's conduct, Plaintiff has suffered personal and financial damages

5. Due to Defendant's conduct, Defendant is liable to Plaintiff for actual, statutory, and punitive damages, and costs under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

WHEREFORE, Plaintiff pray for damages in the amount of $ 45,000 plus $ 5000 to date, and all future costs of this suit, and such other relief the Court does deem just, equitable and proper.

## US DISTRCIT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

I, Jerome Downs, swear that the foregoing is a just and true statement of the amount owing by Defendant to Plaintiff, exclusive of all set-offs and just grounds of defense.

By affixing this electronic verification, oath, or affidavit to the pleading submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading are true and correct.

Dated: 4/15/2022              S/EDWARD JEROME DOWNS JR

                                                    408 17th Ave NE Hickory NC 28601

                                                  Email:jeromedowns49@gmail.com
                                                  PLAINTIFF (*pro se*)

## CERTIFICATE OF SERVICE

I certify or affirm that on this date I served Defendant with a courtesy copy of the foregoing Amended Complaint via U.S.P.S. regular mail with sufficient postage thereon to Defendant's following address: Experian P.O. Box 9701 Allen, TX 75013

Respectfully submitted,

S/EDWARD JEROME DOWNS JR

Dated: 4/15/2022

## CERTIFICATE OF SERVICE

I certify or affirm that on this date I served Defendant with a courtesy copy of the foregoing Amended Complaint via U.S.P.S. regular mail with sufficient postage thereon to Defendant's following address: Equifax P.O. Box 740241 Atlanta, GA 30374

>Respectfully submitted,
>
>S/EDWARD JEROME DOWNS JR

Dated: 4/15/2022

## CERTIFICATE OF SERVICE

I certify or affirm that on this date I served Defendant with a courtesy copy of the foregoing Amended Complaint via U.S.P.S. regular mail with sufficient postage thereon to Defendant's following address: TransUnion P.O. Box 2000, Chester, PA 19016-2000

Respectfully submitted,

<u>S/EDWARD JEROME DOWNS JR</u>

Dated: 4/15/2022