UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:22-cv-00059-KDB-DCK

| | |
|---|---|
| EDWARD JEROME DOWNS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| EXPERIAN, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff filed a Complaint in this matter on May 12, 2022. [Doc. 1]. He sought to proceed in forma pauperis. [Doc. 2]. On May 17, 2022, the Court denied Plaintiff's motion to proceed in forma pauperis without prejudice for the reasons stated in that Order. [Doc. 3]. The Court allowed Plaintiff 21 days to either pay the filing fee or to file an amended application to proceed in forma pauperis. [Id. at 1]. The Court advised Plaintiff that this case would be dismissed without further notice and without prejudice should Plaintiff fail to comply with the Court's Order. [Id. at 1-2]. Plaintiff has not complied. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: June 9, 2022

Kenneth D. Bell
United States District Judge