# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Edward Jerome Downs, Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:22-cv-00059-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Equifax, LLC | ) | |
| Experian, LLC | ) | |
| TransUnion, LLC et al, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 9, 2022 Order.

June 9, 2022

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court